**RECEIVED**

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRIGINA

ALEXANDRIA DIVISION

AUG 0 2 2020

ALEXANDRIA DIVISION
US BANKRUPTCY COURT

In Re:  Eugene Cenas Gaines          *          Case No.  15-14286-BFK

                                  *

        Debtor          *          Chapter 13

## NOTICE OF MOTION TO RECOVER UNCLAIMED FUNDS

       EUGENE CENAS GAINES, claimant and debtor("Claimant") in the above referenced case has filed a Motion to Recover Unclaimed Funds.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not wish the Court to grant relief sought in the motions, or if you want the Court to consider your views on the motions, then on or about 21 days from the date of this motion, you or your attorney must:

File with the Court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  You must also mail a copy to:

> US Bankruptcy Court
> Attn: Clerk of Court
> 200 S. Washington St.
> Alexandria, VA 22314

**Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granted the requested relief without further notice or hearing. You must also mail a copy to the persons listed below.**

U.S. Trustee
115 South Union Street, Room 210
Alexandria, VA 22314

Date: _JULY 31, 2020_

U.S. Attorney
2100 Jamieson Ave.
Alexandria, VA. 22314

Eugene Cenas Gaines, Claimant
10960 SW 81st Avenue
Ocala, Florida 34481
(703) 991-9468

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRIGINA
ALEXANDRIA DIVISION

In Re:   Eugene Cenas Gaines            *            Case No.  15-14286-BFK
                                        *
             Debtor                     *            Chapter 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2020, a copy of the foregoing Motion to Recover Unclaimed Funds was served by first class mail, postage, prepaid, by hand delivery, and/or electronic case filing system to:

U.S. Trustee                            U.S. Attorney
115 South Union Street, Room 210        2100 Jamieson Ave.
Alexandria, VA 22314                    Alexandria, VA. 22314

Date: July 31, 2020

Eugene Cenas Gaines, Claimant
10960 SW 81st Avenue
Ocala, Florida 34481
(703) 991-9468

**RECEIVED**

**AUG 0 2 2020**

ALEXANDRIA DIVISION
US BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRIGINA
ALEXANDRIA DIVISION

In Re:   Eugene Cenas Gaines          *          Case No.  15-14286-BFK
                                      *
         Debtor                       *          Chapter 13

## MOTION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW Eugene Cenas Gaines claimant and debtor("Claimant") in the above-captioned case, hereby petitions the court for $1,178.00, which is the sum of all monies being held in the US Treasury of this court as unclaimed funds, which are due to Claimant. A dividend check in the amount of $1,178.00 was not negotiated by the claimant and the Trustee, pursuant to 11 U.S.C. Section 347 (a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The claimant did not receive the dividend check in the above case for the following reasons:

Dividends were not collected by the claimant, **Euguene Cenas Gaines** because on August 30, 2019 when the Trustee filed his report of Unclaimed funds, the Claimant had moved from 21500 Tamarack Ridge Square, Sterling, Virginia 20164 and was unaware of the unclaimed funds.

Furthermore, Claimant now seeks to recover funds from the Court's Registry. Claimant's current address is 10960 SW 81" Avenue, Ocala, Florida. Claimant humbly asks that the check be made payable to:

Eugene Cenas Gaines, Claimant
10960 SW 81" Avenue
Ocala, Florida 34481

Wherefore, Claimant prays, that upon proper notice to the U.S. Attorney's office, the court orders a check in the amount of $1,178.08 made payable to Euguene Cenas Gaines.

Date: July 31, 2020

Eugene Cenas Gaines, Claimant
10960 SW 81" Avenue
Ocala, Florida 34481
(703) 991-9468

SUBSCRIBED AND SWORN TO BEFORE ME this 31st day of July 20 20, in the County of Marion, State of Florida.

Signature of Notary Public
Date Commission Expires: 11-03-2020

FELIX COLLADO
NOTARY
My Comm. Expires
November 03, 2020
No. GG 44928
STATE OF FLORIDA
PUBLIC

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRIGINA
ALEXANDRIA DIVISION

In Re:   Eugene Cenas Gaines          *          Case No.  15-14286-BFK
                                      *
         Debtor                       *          Chapter 13

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2020, a copy of the
foregoing Motion to Recover Unclaimed Funds was served by first class mail, postage, prepaid,
by hand delivery, and/or electronic case filing system to:


U.S. Trustee                              U.S. Attorney
115 South Union Street, Room 210          2100 Jamieson Ave.
Alexandria, VA 22314                      Alexandria, VA. 22314

Date: July 31, 2020

                                          Eugene Cenas Gaines, Claimant
                                          10960 SW 81" Avenue
                                          Ocala, Florida 34481
                                          (703) 991-9468

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRIGINA
ALEXANDRIA DIVISION

In Re:   Eugene Cenas Gaines          *          Case No.  15-14286-BFK
                                      *
         Debtor                       *          Chapter 13

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $1,178.08, be currently on deposit with the Treasury of the United States, be returned to:

Eugene Cenas Gaines, Claimant
10960 SW 81st Avenue
Ocala, Florida 34481

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and the United States Trustee.

Date: _____          _____
                                         United States Bankruptcy Judge

                                         NOTICE OF JUDGMENT OR ORDER
                                         ENTERED ON DOCKET:

                                         _____

# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA

In Re:
Eugene Cenas Gaines                          Case # 15-14286-BFK

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

PAYEE                                        AMOUNT

EUGENE CENAS GAINES                          $1,178.08
21500 Tamarack Ridge Square
Sterling, VA  20164

Dated:        August 30, 2019          ___/s/Thomas P. Gorman _____
                                       Thomas P. Gorman
                                       300 North Washington Street, Ste. 400
                                       Alexandria, VA 22314
                                       (703) 836-2226
                                       VSB#26421

**Account Number** 

New Balance

Minimum Payment

Pay this amount today

000392370000550000002500446542037239093 06

**Amount Enclosed** $

EUGENE G GAINES
10960 SW 81ST AVE
OCALA FL 34481-9674

WELLS FARGO CARD SERVICES
PO BOX 7054
MINNEAPOLIS MN 55480

Check here and see reverse for address and/or phone number correction