# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
### _____ Alexandria _____ Division

**In re** Eugene Cenas Gaines                    **Case No.** 15-14286-BFK

                    **Debtor(s)**        **Chapter** 13

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ 1,178.08 , currently on deposit with the Treasury of the United States, be returned to:

Eugene Cenas Gaines
10960 SW 81st Avenue
Ocala, Florida 34481

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable,  trustee and United States Trustee.

Date:  Aug 26 2020                    /s/ Brian F. Kenney
                                     United States Bankruptcy Judge

                                     NOTICE OF JUDGMENT OR ORDER
                                     ENTERED ON DOCKET:
                                      August 26, 2020

pc: Financial Administrator

[ounclmfd ver. 03/06]